AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RCVD USMS M/FL TAMPA
2022 MAY 26 AM 11:50

| United States of America | ) |
|---|---|
| v. | ) |
| ARNULFO RODRIGUEZ-MUNOZ | ) Case No. 8:22-cr-190-MSS-SPF |
| | ) |
| | ) |
| | ) |
| Defendant | |

SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   ARNULFO RODRIGUEZ-MUNOZ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution and possession, in violation of 21 U.S.C. §§ 846, 841(b)(1)(A)(ii) and 841(b)(1)(B)(vi).
Possession with intention to distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi).
Possession with intentiont to distribute, in violation of of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii), and 18 U.S.C. § 2

Date: 5/25/22

_____
Issuing officer's signature

City and state:   Tampa, Florida        ELIZABETH WARREN, Clerk, United States District Court
                                        Printed name and title

---

**Return**

This warrant was received on (date) 5-26-22, and the person was arrested on (date) 6-22-22
at (city and state)  N/TK FORT WORTH.

Date: 6/22/22

_____ SIGN FOR DEA
Arresting officer's signature

Jeff R. Cobb, CIDUS
Printed name and title