UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

The Honorable Julie S. Sneed
Courtroom 11A

United States v. Arnulfo Rodriguez-Munoz; Enrique Velasquez
8:22-cr-00190-MSS-SPF

| **Date**: July 20, 2022 | **Court Reporter**: Digital |
|---|---|
|  | **Interpreter**: Beatriz Velasquez (Spanish) |
| **Time**: 3:34 PM–3:57 PM \| Total: 23 mins | **Deputy Clerk**: Clara Reaves |
| **Government Counsel** | **Defense Counsel** |
| Michael Kenneth, AUSA | David Hudson, Ret. |

### Initial Appearance/Detention Hearing /Arraignment

Spanish Interpreter sworn.

Arrest Date: 6/22/2022 as to both Defendants

Court summarizes the charges and advises Defendant of Rule 5 rights.

Both Defendants present with counsel and consent to Zoom Hearing.

Government seeks detention as to both defendants.

Both Defendants seek release.

Court orders both Defendants detained pending further order of the court.

Both Defendants waive formal reading of the Indictment.

Not guilty plea entered by both Defendants as to all counts.

Oral Motion for discovery by both defendants. Oral order Defendants to provide under Rule 16(b).

Oral Motion for reciprocal Discovery by Government.

Oral order government to provide under Rule 16(a) discovery;

Pretrial Discovery Order to be electronically filed by Magistrate Judge Flynn.

Trial set for September 2022 trial term beginning August 29, 2022 before District Judge Scriven. Status reports due the 15th of each month.

Defense counsel to file a motion for Garcia Hearing within 14 days. Defense counsel to email a copy of Motion to Judge Flynn's chambers.

Due Process oral order given.