UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                Case No.: 8:22-cr-00190-MSS-SPF

ARNULFO RODRIGUEZ-MUNOZ
ENRIQUE VELASQUEZ
_____/

## ORDER OF DETENTION PENDING TRIAL

THIS MATTER is before the Court upon the Government's motion to detain Defendants pursuant to 18 U.S.C. § 3142. In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a bail hearing has been held. This Court concludes that the following facts require the detention of Defendants, Arnulfo Rodriguez-Munoz and Enrique Velasquez, pending further order of the Court.

Defendants are charged in an Indictment with conspiracy to distribute cocaine and fentanyl in violation of 21 U.S.C. §§ 846, 841, and possession with intent to distribute and distribution of a controlled substance in violation of 21 U.S.C. § 841. Given the charges, a rebuttable statutory presumption exists that the Defendant is a danger to the community and risk of flight should he be released pending the outcome of this case. *See* 18 U.S.C. § 3142(e)(3).

The Government seeks detention on the grounds that Defendants are a risk of flight and danger to the community. Defendants request release with conditions. Upon consideration, for the reasons stated on the record at the hearing and based on the factors under 18 U.S.C. § 3142(g), to specifically include the nature and circumstances of the case, the weight of the evidence against Defendants, and the

history and characteristics of Defendants, the Court finds that Defendants should be detained pending the final outcome of this case.  Specifically, the evidence against Defendants is strong and the nature of the case involving cocaine and fentanyl is serious.  Additionally, both Defendants have a criminal record that includes a conviction for possessing with intent to distribute illegal narcotics.  Further, Defendants lack ties to the Middle District of Florida.  Given that there are no conditions available to the Court that would allow for Defendant's release and assure their future appearance in Court, it is hereby **ORDERED** that Defendants be **DETAINED.**

Defendants are committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendants shall be afforded a reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE** and **ORDERED** in Tampa, Florida, on July 20, 2022.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service