# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| CASE NO. 8:22-cr-190-MSS-SPF | DATE: August 19, 2022 |

HONORABLE: Sean P. Flynn, U.S. Magistrate Judge

| | |
|---|---|
| UNITED STATES OF AMERICA | Michael Kenneth |
| | Assistant U.S. Attorney |
| v. | |
| ARNULFO RODRIGUEZ-MUNOZ | David Hudson, Retained |
| ENRIQUE VELASQUEZ | Attorney for Defendants |

INTERPRETER / LANGUAGE: Xavier Keogh/Spanish (sworn) for Enrique Velasquez

| | |
|---|---|
| DEPUTY CLERK: Eric Calderon | COURTROOM: 11 B |
| TIME: 11:31 – 11:52    TOTAL: 0:21 | COURT RPTR: Digital |

PROCEEDINGS: GARCIA HEARING

Court advises the Defendants of potential conflicts due to dual representation.
Both Defendants wish to proceed with the same attorney.

Court offers the Defendants the opportunity to meet with CJA counsel.
Both Defendants decline to meet with CJA counsel.

Defense counsel does not anticipate any future conflicts.
Government does not anticipate any future conflicts.

Both Defendants waive their rights to separate counsel.

Court notifies counsel and Defendants that should any potential conflicts arise the parties are to immediately inform the Court.

Court will allow attorney David Hudson to represent both Defendants at this time.