UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                      CASE NO. 8:22-cr-190-MSS-SPF

ARNULFO RODRIGUEZ-MUNOZ, et al.

**THE PARTIES' JOINT STATUS
REPORT FOR OCTOBER 15, 2022**

The United States of America, by and through its representative, the undersigned Assistant United States Attorney, respectfully submits the instant joint status report, advising the Court of the current status of the case.

    1.    **Brief summary of the case's status**

On May 25, 2022, a federal grand jury returned a five-count indictment charging the defendants with conspiracy to distribute and possession with intent to distribute controlled substances.

Defendant Ceballos was arrested on July 1, 2022 and was arraigned on July 7, 2022. Ceballos was released on bond and has returned to Texas.

Defendants Rodriguez-Munoz, Velasquez, and Castillo were arrested on June 22, 2022 in the Northern District of Texas and transported to the Middle District of Florida, arriving on July 15, 2022. Defendant Castillo was arraigned in the Middle District of Florida on July 18, 2022, and Defendants Rodriguez-Munoz and Velasquez were arraigned in the Middle District of Florida on July 20, 2022. All three Defendants remain in custody.

The United States has made productions of documents to all four Defendants. However, the United States is preparing to produce additional discovery obtained from electronic devices. The Court recently entered a protective order (Dkt. 77), and the United States is waiting for thumb drives from the Defendants in order to produce the electronic device discovery.

There are no known remaining defendants or fugitives.

The case is on the Court's November 2022 trial calendar.

**2.     Possibility of a plea agreement**

There is a high likelihood of plea agreements as to Defendants Rodriguez-Munoz, Velasquez, and Castillo. Defendant Ceballos remains in the process of reviewing discovery and is not yet ready to address the possibility of a plea agreement.

**3.     Number of days required for trial**

The United States expects that the government's case-in-chief would take approximately five days. Defendants Rodriguez-Munoz and Velasquez expect that it will take approximately two days to present their case. Defendant Castillo expects that it will take a half-day to present his case. Defendant Ceballos is in the process of reviewing discovery and is not yet ready to offer an expected amount of time for his case.

**4.     Pending motions**

There are no pending motions, although one or more of the parties may file a motion to continue the trial until the December 2022 trial calendar.

5. **Speedy trial issues**

At this time, there are no speedy trial issues, other than that Defendants Rodriguez-Munoz and Velasquez will be filing waivers of Speedy Trial, consistent with the Court's Order (Dkt. 75). With the continuation granted in the interests of justice in accordance with the Speedy Trial Act (Dkt. 63) and the Speedy Trial waivers submitted by counsel for the Defendants (Dkt. 66, 70-72), there would be 35 days remaining on the Speedy Trial deadline for Defendant Ceballos, and 30 days remaining for the remaining three Defendants, starting with the beginning of the November 2022 trial calendar.[1]

The United States has consulted with or contacted counsel for the Defendants, and none of the parties objected to the above information.

---

[1] In light of the presumption that any time in transportation in excess of ten days is unreasonable, the Government excludes only the first ten days after their June 22, 2022 arrest in Texas from the Speedy Trial calculation.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ Michael R. Kenneth*
       Michael R. Kenneth
       Assistant United States Attorney
       Florida Bar No. 44341
       400 North Tampa Street, Suite 3200
       Tampa, Florida 33602
       Telephone:   813-274-6000
       Facsimile:   813-274 6103
       E-Mail:  michael.kenneth@usdoj.gov

**U.S. v. RODRIGUEZ-MUNOZ, et al.**     **Case No. 8:22-cr-190-MSS-SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the parties of record.

>  /s/ *Michael R. Kenneth*
> Michael R. Kenneth
> Assistant United States Attorney
> Florida Bar No. 44341
> 400 North Tampa Street, Suite 3200
> Tampa, Florida 33602
> Telephone:   813-274-6000
> Facsimile:   813-274 6103
> E-Mail:  michael.kenneth@usdoj.gov