UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:22-cr-00190-MSS-SPF

ARNULFO RODRIGUEZ-MUNOZ

**GOVERNMENT'S AMENDED INFORMATION AND
NOTICE OF PRIOR CONVICTION**

The United States of America, by Roger Handberg, United States Attorney for the Middle District of Florida, files this Information and Notice of the defendant's prior convictions pursuant to Title 21, United States Code, Section 851, and Title 21, United States Code, Section 960(b)(1)(A), and charges that:

1. On May 25, 2022, a federal grand jury returned an indictment charging Rodriguez-Munoz with five counts. Count One charges the defendant with conspiracy to distribute, and possess with intent to distribute, a mixture or substance containing a detectable amount of cocaine and a mixture or substance containing detectable amounts of fentanyl, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(ii) and 841(b)(1)(B)(vi). Counts Two, Three, Four and Five charge the defendant with possession with intent to distribute a mixture and substance containing a detectable amount of fentanyl (Count Two) and cocaine (Counts Three, Four, and Five), in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii), 841(b)(1)(B)(vi), and 18 U.S.C. § 2.

2. Pursuant to 21 U.S.C. § 841(b), an increased penalty applies to Counts

One, Three, Four, and Five of the Indictment when "any person commits such a violation after a prior conviction for a felony drug offense or serious violent felony has become final, such person shall be sentenced to a term of imprisonment of not less than 15 years and not more than life imprisonment…a fine not to exceed the greater of twice that authorized in accordance with the provisions of Title 18 or $20,000,000 if the defendant is an individual…."

    3.    Pursuant to 21 U.S.C. § 841(b), an increased penalty applies to Count Two of the Indictment when "any person commits such a violation after a prior conviction for a felony drug offense or serious violent felony has become final, such person shall be sentenced to a term of imprisonment of not less than 10 years and not more than life imprisonment…a fine not to exceed the greater of twice that authorized in accordance with the provisions of Title 18 or $8,000,000 if the defendant is an individual…."

    4.    Pursuant to 21 U.S.C. § 802(44), a felony drug offense is defined as an "offense that is punishable by imprisonment for more than one year under any law of the United States or of a State or foreign country that prohibits or restricts conduct relating to narcotic drugs, marihuana, anabolic steroids, or depressant or stimulant substances."

    5.    Title 21, United States Code, Section 851(a)(1) provides that "[n]o person who stands convicted under this part shall be sentenced to an increased punishment by reason of one or more prior convictions, unless before trial, or before entry of a plea of guilty, the United States Attorney files an Information with the

Court (and serves a copy of such Information on the person or counsel for the person) stating in writing the previous convictions to be relied upon."

6. The defendant, Arnulfo Rodriguez-Munoz, has the following serious drug-felony convictions:

   a) **Possession of a Controlled Substance with Intent to Distribute and Aiding and Abetting**, Case No. 4:05-CR-00140-Y-1 (N.D. Tex.) (sentenced to 120 months)

6. The conviction referenced in paragraph five above is a prior conviction within the meaning of Title 21, United States Code, Sections 841 and 851, which allows for and will be relied upon by the United States in seeking the increased mandatory and maximum penalties above pursuant to Title 21, United States Code, Section 841(b)(1), upon the defendant Arnulfo Rodriguez-Munoz's conviction in this case for the offenses set forth in Counts One, Two, Three, Four, and Five of the Indictment.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  /s/ Michael R. Kenneth
Michael R. Kenneth
Assistant United States Attorney
Florida Bar No. 44341
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone:   813-274-6000
Facsimile:   813-274-6198
E-Mail:  michael.kenneth@usdoj.gov

**U.S. v. Arnulfo Rodriguez-Munoz**     Case No. 8:22-cr-190-T-MSS-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Michael R. Kenneth*
Michael R. Kenneth
Assistant United States Attorney
Florida Bar No. 44341
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone:   813-274-6000
Facsimile:   813-274-6198
E-Mail:  michael.kenneth@usdoj.gov

4