# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

### TAMPA DIVISION

UNITED STATES OF AMERICA

    **V.**               CASE NO. 8:22-cr-00190-MSS-SPF

ARNULFO RODRIGUEZ-MUNOZ

## DEFENDANT'S WAIVER OF SPEEDY TRIAL

***TO THE HONORABLE JUDGE OF SAID COURT:***

I, THE UNDERSIGNED DEFENDANT, FREELY AND VOLUNTARILY WAIVE MY RIGHTS TO A SPEEDY TRIAL BECAUSE I HAVE ON THIS DATE REQUESTED THAT THE UNITED STATES CONSIDER PRETRIAL NEGOTIATIONS AND DISPOSITION OF THIS CASE.

I UNDERSTAND THAT ANY DELAY OF DISPOSITION OR PREJUDICE TO MY CASE THAT OCCURS DURING THIS PERIOD IS BECAUSE OF MY REQUESTS FOR PRETRIAL NEGOTIATION AND DISPOSITION.

I FUTHER STATE THAT NO PROMISE OR GUARANTEE HAS BEEN MADE BY THE UNITED STATES TO ME AS TO ANY PRETRIAL NEGOTIATION OR DISPOSITION.

IN THE EVENT PRESTRIAL NEGOTIATIONS FAIL FOR ANY REASON AND OR DISPOSITION OF THIS CASE IS NOT COMPLETED, I UNDERSTAND THAT THE UNITED STATES MAY REQUEST THAT THE CASE BE SET FOR TRIAL AND MY FAILURE TO APPEAR MAY RESULT IN A WARRANT FOR MY ARREST FOR FAILURE TO APPEAR

WHEREFORE, PREMISES CONSIDERED, the Defendant prays that his WAIVER OF

SPEEDY TRIAL MOTION be granted and that this cause be continued and reset for a later date

Respectfully submitted,

**David Hudson, Hudson Law Group**

s/DH/
David A Hudson
1910 Pacific Ave
Dallas, Texas 75201
(254) 732-7912
(254) 732-7863 — Facsimile
State Bar No. 24074448

**ATTORNEY FOR DEFENDANT**[1]

**U.S. v. ARNULFO RODRIGUEZ-MUNOZ        Case No. 8:22-cr-190-T-MSS-SPF**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 3, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ David Hudson*

David Hudson
Attorney for Defendant

Texas Bar No. 24074448
1910 PACIFIC AVE

Suite 8050

DALLAS TEXAS 75201
Telephone: 254-732-7912

Facsimile: 877-287-7281
E-Mail: DAVID@HLGDALLAS.COM