UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## GUILTY PLEA MINUTES

CASE NO.: 8:22-cr-190-MSS-SPF           DATE: June 2, 2023

HONORABLE: SEAN P. FLYNN, U.S. Magistrate Judge

| | |
|---|---|
| UNITED STATES OF AMERICA | Michael Kenneth<br>Assistant U.S. Attorney |
| vs. | |
| ARNULFO RODRIGUEZ-MUNOZ<br>Defendant | David Hudson, Retained<br>Attorney for Defendant |

INTERPRETER/LANGUAGE: Dyalma Ocasio / Spanish on stand-by (sworn)

DEPUTY CLERK: Eric Calderon           COURTROOM: 11B

HEARING TIME: 10:10 – 10:34     TOTAL: 0:24     TAPE: DIGITAL

(X)   DEFENDANT HAS NOTIFIED THE COURT THAT HE SPEAKS ENGLISH AND DOES NOT REQUIRE A SPANISH INTERPRETER.

(X)   COURT HAS ORDERED THE SPANISH INTERPRETER TO BE ON STAND-BY AND AVAILABLE TO THE DEFENDANT IF NEEDED.

(X)   DEFENDANT WAS SWORN.

(X)   COURT ADVISES OF DEFENDANT'S RULE 11 RIGHTS.

(X)   PLEA AGREEMENT FILED.

(X)   PLEA OF GUILTY ENTERED AS TO COUNTS ONE, THREE, FOUR and FIVE of the INDICTMENT.

(X)   FACTUAL BASIS ESTABLISHED.

(X)   GUILTY PLEA ACCEPTED.

(X)   REFERRED TO PROBATION FOR PRE-SENTENCE INVESTIGATION.

(X)   SENTENCING to be scheduled by separate notice before District Judge Mary S. Scriven.

(X)   REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.