**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                    Case No. 8:22-cr-190-MSS-SPF

ARNULFO RODRIGUEZ-MUNOZ

_____

### Consent to Institute a Presentence Investigation and Disclose the Report Before Conviction or Plea of Guilty

I hereby consent to a pre-sentence investigation by the probation officers of the United States district courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge in deciding whether to accept a plea agreement that I have reached with the government.

I have read, or had read to me, the foregoing consent and fully understand it.

Dated: June 2, 2023

_____
Defendant

Dated: June 2, 2023

_____
Counsel for Defendant

/s/ ejc