UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | CASE NO. 8:22-cr-190-MSS-SPF |
| | § | |
| **ARNULFO RODRIGUEZ-MUNOZ.** | § | |

### DEFENDANT'S MOTION FOR CONTINUANCE

*TO THE HONORABLE JUDGE OF SAID COURT:*

COMES NOW, ARNULFO RODRIGUEZ-MUNOZ, Defendant, and with the concurrence and upon the advice of DAVID HUDSON, Defendant's attorney, files this Motion for Continuance in the above styled and numbered cause, and by this Motion prays that the SENTENCING scheduled for *AUGUST 21, 2023*, be continued for a later date.

I.

As good cause for the granting of this Motion, Defendant would show unto the Court

as follows:

A.  Defense attorney needs additional time to review and file objections to the PRE-

SENTENCE REPORT

B.  This is Defendant's first motion for continuance to sentencing proceedings while

being represented by David Hudson.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays that his Motion for

Continuance be granted and that this cause be continued and reset for a later date

Respectfully submitted,

**David Hudson, Hudson Law Group**

____/DH/_____

David A Hudson

1910 Pacific Ave

Suite 8050

Dallas, Texas  75201

(254) 732-7912

(254) 732-7863 — Facsimile

State Bar No. 24074448

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above has this day been delivered

to the office of the UNITED STATES ATTORNEY via electronic delivery.

Signed AUGUST  2, 2023


_____/DH/_____

David A Hudson