August 4, 23'

Our Tio Arnulfo is always here for us. For every little thing that we ask of him, he comes through no matter what. Even if we call him saying that we miss him, he'll always respond with, "I'm on my way mija!" He had came all the way from Texas to South Dakota just to have lunch with the family. As we visit him also, he'll take us to places we haven't been to, nice dinners, and even the park. He loves & enjoys making others happy; in our eyes he is such a selfless, caring, loving person. One of my favorite memories with him was when he got up extra early to make a huge breakfast for the family & other family he hadn't met yet. Thank you for reading, -Nayree Muñoz