UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HONORABLE MARY S. SCRIVEN

| CASE NO. | 8:22-cr-190-MSS-SPF | DATE: April 3, 2024 |
| --- | --- | --- |
| TITLE: | **USA v. Arnulfo Rodriguez-Munoz** | |
| TIME: | 9:40 AM – 9:58 AM | TOTAL: 18 MINUTES |

| Courtroom Deputy: Ana Heard | Interpreter: Dyalma Ocasio |
| --- | --- |
| Court Reporter: David Collier | Probation: Jessica Racaza |
| Counsel for Government: | Michael Kenneth |
| Counsel for Defendant: | David Allan Hudson |

## CRIMINAL MINUTES

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Counts One, Three, Four, and Five of the Indictment.

Defendant did not wish to allocute.

The Government's motion to dismiss Count 5 of the Indictment is GRANTED.

Imprisonment: **ONE HUNDRED AND EIGHTY (180) MONTHS** with credit for all time served, which has not been credited toward any other offense, starting on June 22, 2022. This term consists of a ONE HUNDRED AND EIGHTY (180) MONTH term as to Count One, a ONE HUNDRED AND EIGHTY (180) MONTH term as to Count Three, and a ONE HUNDRED AND EIGHTY (180) MONTH term as to Count Four, all such terms to run concurrently.

Supervised Release: **TEN (10) YEARS.** This term consists of a TEN (10) YEAR term as to Count One, a TEN (10) YEAR term as to Count Three, and a TEN (10) YEAR term as to Count Four, all such terms to run concurrently.

The Court makes the following recommendations to the Bureau of Prisons:
1. Defendant shall be placed at FCI Seagoville, Texas (1st choice) or FCI Bastrop, Texas (2nd choice) to ensure a successful matriculation through the system.

Fine is waived.

Special Assessment: $300.00. This obligation is to be paid immediately.

Special conditions of supervised release:

1. Defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, Defendant is directed to submit to random drug testing.

2. Defendant shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. You shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act. Based on the probation officer's determination that additional drug urinalysis is necessary, the Court authorizes random drug testing not to exceed 104 tests per year. Defendant shall refrain from any unlawful use of a controlled substance. Further the defendant shall submit to one drug within 15 days of placement on supervision and at least 2 periodic drug tests thereafter as directed by the probation officer.

Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Defendant is remanded to the custody of the US Marshal.

Count 2 and 5 of the Indictment is dismissed on motion by the U.S. Attorney.

Defendant advised of right to appeal and of right to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 32 |
| Criminal History Category | III |
| Imprisonment Range | 180 months - 188 months |
| Supervised Release Range | 10 years |
| Restitution | N/A |
| Fine Range | $35,000 - $80,000,000 |
| Special Assessment | $400.00 |